

2001 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

12-21-2001

# Skretvedt v. EI DuPont de Nemours

Precedential or Non-Precedential:

Docket 00-2918

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2001

Recommended Citation

"Skretvedt v. EI DuPont de Nemours" (2001). *2001 Decisions.* Paper 295.
http://digitalcommons.law.villanova.edu/thirdcircuit_2001/295

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2001 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

```
                    IN THE UNITED STATES COURT OF APPEALS
                          FOR THE THIRD CIRCUIT

                             No.  00-2918
                     _____

                    ORRIN T. SKRETVEDT, Appellant

                                  v.

      E.I. DUPONT DE NEMOURS AND COMPANY, a Delaware Corporation;
        E.I. DUPONT DE NEMOURS AND COMPANY, PLAN ADMINISTRATOR;*
       PENSION AND RETIREMENT PLAN; HOSPITAL AND MEDICAL-SURGICAL
        PLAN; DENTAL ASSISTANCE PLAN; NONCONTRIBUTORY GROUP LIFE
         INSURANCE PLAN; CONTRIBUTORY GROUP LIFE INSURANCE PLAN;
         TOTAL AND PERMANENT DISABILITY INCOME PLAN; SAVINGS AND
          INVESTMENT PLAN; TAX REFORM ACT STOCK OWNERSHIP PLAN;
                        SHORT TERM DISABILITY PLAN

                *(Amended per Clerk's Order dated 12/13/00)
                       (D.C. Civ. No. 98-cv-00061)

              Before: BECKER, Chief Judge, NYGAARD and REAVLEY,
                             Circuit Judges.

                     _____

                        ORDER AMENDING OPINION
                     _____
```

     The slip opinion filed on October 5, 2001 in the above case is
hereby amended as
follows:
           Following the last citation, but preceding the period, at the
end of the
     first full paragraph on page 26 of the slip opinion, please add the
following:

                     Regula v. Delta Family-Care Disability Survivorship
             Plan, No. 98-55853, 2001 U.S. App. LEXIS 20851, at *21
             (9th Cir. Sept. 24, 2001) (applying the "treating physician
             rule," which requires administrative law judges to defer to a
             treating physician's opinions when adjudicating Social
             Security disability benefits, when reviewing an ERISA plan
             administrator's termination of benefits)

                                   BY THE COURT:


                                   /s/Edward R. Becker
                                   _____

                                   Chief Judge


DATED:  December 21, 2001

```
                      MEMORANDUM

DATE: December 11, 2001

TO:        Susan Acerba, Case Manager

FROM: Judge Becker

RE:        Skretvedt v. Dupont, No. 00-2918


     Please file the enclosed Unpublished Order Amending Opinion in the
above
captioned case.



                            Sincerely,



                            Edward R. Becker

ERB:afr

     cc:  Judge Nygaard
      Judge Reavley
      Marcy Waldron
      Trish Coleman
```